**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000097**
**07-MAY-2025**
**09:53 AM**
**Dkt. 69 ODMR**

NO. CAAP-24-0000097

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

C.Y., Petitioner-Appellant, v.
R.H., Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FPA-23-0000231)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, and Wadsworth and Nakasone, JJ.)

Upon consideration of the Motion for Reconsideration, filed on April 29, 2025, by Petitioner-Appellant C.Y. (Mother), and the record, it appears that:

(1) Mother seeks reconsideration of this court's Summary Disposition Order, filed on April 11, 2025;

(2) Mother does not present new evidence or arguments that could not have been presented in her opening brief, filed on August 14, 2024, see Citizens for Equitable & Responsible Gov't v. Cnty. of Hawaiʻi, 108 Hawaiʻi 318, 335, 120 P.3d 217, 234 (2005); and

(3) Mother presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 7, 2025.

/s/ Keith K. Hiraoka
Presiding Judge


/s/ Clyde J. Wadsworth
Associate Judge


/s/ Karen T. Nakasone
Associate Judge